**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| QUISHUNDA L. WILLIAMS, | |
| Plaintiff, | Case No. 3:19-cv-00435 |
| v. | Honorable Judge Brian J. Davis |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that QUISHUNDA L. WILLIAMS ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant DIVERSIFIED CONSULTANTS, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 14th day of August 2019.

    Respectfully submitted,

    *s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                        *s/ Alexander J. Taylor*_____
                                                          Alexander J. Taylor