# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

QUISHUNDA L. WILLIAMS,

Plaintiff,

v.  Case No. 3:19-cv-00435

DIVERSIFIED CONULTANTS, INC.,

Defendant.

---

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, QUISHUNDA L. WILLIAMS and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice with leave to reinstate within 45 days. After 45 days, the dismissal shall become with prejudice, with each party shall bear its own costs and attorneys' fees.

Dated: October 14, 2019  Respectfully Submitted,

**QUISHUNDA L. WILLIAMS**  **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Alexander J. Taylor*  */s/ Dayle M. Van Hoose (with consent)*
Alexander J. Taylor  Dayle M. Van Hoose
*Counsel for Plaintiff*  *Counsel for Defendant*
Sulaiman Law Group, Ltd.  Sessions, Fishman, Nathan & Israel
2500 S. Highland Ave., Ste. 200  3350 Buschwood Park Drive, Ste. 195
Lombard, Illinois 60148  Tampa, Florida 33618
Phone: (630) 575-8181  Phone: (813) 440-5328
ataylor@sulaimanlaw.com  dvanhoose@sessions.legal

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

>*/s/ Alexander J. Taylor*
>Alexander J. Taylor