UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

QUISHUNDA L. WILLIAMS,

Plaintiff,

v.                                                              Case No. 3:19-cv-00435

DIVERSIFIED CONULTANTS, INC.,

Defendant.

_____

**ORDER ON DISMISSAL WITHOUT PREJUDICE**

Plaintiff, QUISHUNDA L. WILLIAMS ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Agreed Stipulation of Dismissal without prejudice with leave to reinstate within 45 days and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice, after 45 days, the dismissal shall become with prejudice.

Dated: _____

_____
Judge, U.S. District Court