UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**QUISHUNDA L. WILLIAMS,**

    **Plaintiff,**

v.                                                  Case No.: 3:19-cv-435-J-39JBT

**DIVERSIFIED CONSULTANTS, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal without Prejudice (Doc. No. 19; Stipulation) filed on October 14, 2019. In the Stipulation, the parties indicate their agreement to dismissal of this case without prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 15th day of October, 2019.

BRIAN J. DAVIS
United States District Judge

**Copies to:**

Counsel of Record

ap